USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Joseph Massaro,

Defendant.

92-CR-529 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government is hereby ordered to respond to Defendant Joseph Massaro's motion for compassionate release by 5:00 p.m. on August 3, 2020. The Defendant may file a reply on or before August 17, 2020. The Clerk of Court is respectfully directed to mail a copy of this order to the Defendant.

SO ORDERED.

Dated: July 27, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge