| UNITED STATES DISTRICT COURT | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | |

United States of America,

—v—

Joseph Massaro,

           Defendant.

92-cr-529 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2021

ALISON J. NATHAN, District Judge:

    The Court has received a request from Mr. Massaro to proceed in forma pauperis (Dkt. No. 194). Presently, the only pending proceeding in this matter concerning Mr. Massaro is an appeal of the Court's February 2, 2021 Memorandum Opinion & Order denying his motion for compassionate release (Dkt. No. 191). To the extent Mr. Massaro requests to proceed in forma pauperis on appeal, that request is DENIED for the reasons stated in the Court's February 2 Opinion. *See id.* at 7 (citing *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962)). If Mr. Massaro seeks in forma pauperis status for further proceedings in this Court, he should file a letter clarifying his request.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Massaro and to note the mailing on the public docket.

    SO ORDERED.

Dated: May 12, 2021
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge