USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Joseph Massaro,

Defendant.

92-cr-529 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Government is hereby ordered to respond to Defendant Joseph Massaro's motion for compassionate release by December 29, 2022. Dkt. No. 197. The Defendant may file a reply on or before January 5, 2023.

The Clerk of Court is respectfully directed to mail a copy of this order to the Defendant.

SO ORDERED.

Dated: December 15, 2022
       New York, New York

ALISON J. NATHAN
United States Circuit Judge,
sitting by designation