

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2022

**BY ECF**

The Honorable Alison J. Nathan
United States Circuit Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Joseph Massaro*, 92 Cr. 529 (AJN)

Dear Judge Nathan,

The Government writes to respectfully request an extension of time to respond to the defendant's application pursuant to 18 U.S.C. § 3582(c)(1)(A) in the above-captioned case. The Government is in the process of locating and retrieving relevant records from the case that are necessary for the Government to review in order to prepare its response. Accordingly, the Government respectfully requests a two-week extension of the deadline from December 29, 2022 to January 12, 2023 to allow the Government to retrieve and review the records, and respond to the defendant's application.

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 200, to mail a copy of this order to Defendant, and to note the mailing on the public docket.

SO ORDERED.

*[signature]*

December 23, 2022

---

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*

Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Joseph Massaro, *Pro Se* (by certified mail)