UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Joseph Massaro,

Defendant.

92-cr-529 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On December 14, 2022, Defendant Joseph Massaro filed a motion for compassionate release. Dkt. No. 197. On January 10, 2023, the Government filed its opposition to Defendant's motion. Dkt. No. 202. Defendant may file a reply on or before January 31, 2023.

The Clerk of Court is respectfully directed to mail a copy of this order to the Defendant.

SO ORDERED.

Dated: January 10, 2023
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation