UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Joseph Massaro,

Defendant.

92-cr-529 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On December 14, 2022, Defendant Joseph Massaro, acting *pro se*, filed a motion for compassionate release. Dkt. No. 197. The Government filed a response on January 10, 2023. Dkt. No. 202. The Court denied Mr. Massaro's motion on February 16, 2023. Dkt. No. 204. As noted on the public docket, Dkt. No. 204, a copy of the Court's Memorandum & Order denying relief was mailed to Mr. Massaro by the Clerk of Court.

On April 24, 2023, Mr. Massaro filed a motion, dated April 13, 2023, requesting a status report concerning his compassionate release motion. Dkt. No. 207. As noted above, Mr. Massaro's motion for compassionate release was denied on February 16, 2023, for the reasons stated in the Court's Memorandum & Order. Dkt. No. 204.

The Clerk of Court is respectfully directed to terminate Dkt. No. 207, to once again mail a copy of this Order and the Court's Memorandum & Order dated February 16, 2023, Dkt. No. 204, to Mr. Massaro, and to note the mailing on the public docket.

SO ORDERED.

Dated: April 25, 2023
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation